UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 0:17-cv-61131

THE SCHWARTZ E LIQUID INC.,
d/b/a "NAKED 100," a California
corporation,

    Plaintiff,
v.

VAPE CENTRAL, LLC, a
Florida limited liability company,
VAPE LIFE, LLC, a Florida limited liability
company, and JOHN HAGGIAG. an
individual,

    Defendants.
_____/

## SETTLEMENT AGREEMENT

The Schwartz E Liquid Inc., a California corporation ("Plaintiff"), on the one hand, and Vape Central, LLC, a Florida limited liability company, Vape Life, LLC, a Florida limited liability company, and John Haggiag (collectively with Vape Life, LLC and Vape Central, LLC, "Defendants"), on the other, hereby enter into this Settlement Agreement on this ____ day of July 2018.

WHEREAS, Plaintiff has asserted claims against Defendants in the above captioned action (the "Action");

WHEREAS, Defendant John Haggiag has admitted liability under the Lanham Act for buying and selling, but not manufacturing, counterfeit versions of Plaintiff's products;

WHEREAS, a default has been entered against Defendants Vape Central, LLC and Vape Life, LLC, but no money judgment has been entered against any party;

1

WHEREAS, Plaintiff and Defendants wish to settle Plaintiff's claims whereby Plaintiff dismisses the claims in exchange for a judgment for an amount certain, including legal fees and costs, and

WHEREBY, the parties have agreed to the essential terms of their settlement,

WHEREFORE it is hereby agreed by the parties as follows:

1. An agreed final judgement shall be submitted to the Court in the amount of sixty-thousand dollar ($60,000.00), which shall include all legal fees and costs owing in this matter, in substantially the form of the "Agreed Final Judgment" attached hereto as Exhibit "A," and shall accrue post judgment interest at the statutory interest rate and be calculated in the manner set forth by applicable law.

2. To the extent any claim by Plaintiff against Defendants in the Action are not dismissed by the Court on its own initiative, Plaintiff file a notice of dismissal as to all claims in the Action against Defendants within forty-eight (48) hours of the entry of the above contemplated final judgment.

3. This Settlement Agreement reflects all of the essential terms of the parties in connection with the Action.

4. Plaintiff is represented by counsel and Defendant John Haggiag and the corporate Defendants are not represented by counsel. Mr. Haggiag is representing himself *pro se*; however, Mr. Haggiag has been given an opportunity to consult with counsel, to the extent he deems appropriate, with regard to the terms of this Settlement Agreement.

5. Plaintiff's rights and remedies with respect to all of the claims in the Action are solely set forth in this Settlement Agreement. Upon the execution of this Settlement Agreement

by all parties, Defendants shall be released from all claims set forth in the Action, except as specifically provided herein.

Agreed by all parties as of the latest date set forth below as a date of execution of this Settlement Agreement:

Plaintiff: THE SCHWARTZ E-LIQUID, INC.

By: _____  Date: 08/09/18
Name: KRIS MANABAT
Title: COO

Defendant: VAPE CENTRAL, LLC.

By: _____  Date: 8/8/2018
Name:
Title:

Defendant: VAPE LIFE, LLC.

By: _____  Date: 8/8/2018
Name:
Title:

Defendant: John Haggiag

By: _____  Date: 8/8/2018
Name:

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 0:17-cv-61131

THE SCHWARTZ E LIQUID INC.,
d/b/a "NAKED 100," a California
corporation,

    Plaintiff,

v.

VAPE CENTRAL, LLC, a
Florida limited liability company,
VAPE LIFE, LLC, a Florida limited liability
company, and JOHN HAGGIAG. an
individual,

    Defendants.

_____/

**AGREED FINAL JUDGMENT**

WHEREAS the parties have settled this action and requested that the Court enter this judgment in final settlement of this action,

IT IS HEREBY ORDERED AND ADJUDGED:

A judgment in the amount of sixty-thousand dollars ($60,000) shall hereby be entered against each of the Defendants, Vape Central, LLC, Vape Life, LLC and John Haggiag, an individual, jointly and severally, in favor of Plaintiff The Schwartz E Liquid, Inc., to bear interest at the statutory rate and in the manner proscribed by federal law, for which let execution issue.

All claims in the Action are hereby dismissed with prejudice, and all parties shall bear their own legal fees and costs, except as reflected in this Agreed Final Judgment.

                                                                _____
                                                                 The Honorable BARRY S. SELTZER
                                                                 United States Magistrate Judge

*Copies furnished to:*
Guy F. Giberson
Mathews Giberson
200 S. Andrews Avenue, Suite 800
Fort Lauderdale, Florida 33301

Vape Central, LLC, Vape Life LLC
c/o John Haggiag
2601 South Park Road
Hallandale, Florida 33009
Service by US Mail

John Haggiag
2601 South Park Road
Hallandale, Florida 33009
Service by US Mail